AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>David Shawn Elliot<br>*Defendant(s)* | Case No. 3:24-MJ-102 |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 2, 2024, to May 21, 2024 in the county of Yamhill in the _____ District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of or Accessing with Intent to View Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit by HSI Special Agent Rachel Kessler

☑ Continued on the attached sheet.

*/s/ By Phone*
Complainant's signature

Rachel Kessler, HSI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 6:25 pm a.m./p.m.

Date: 05/21/2024

Judge's signature

City and state: Portland, Oregon    Jeffrey Armistead, United States Magistrate Judge
Printed name and title